# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MARSHALL WES SLADE,

    Plaintiff,

v.                                            Case No. 3:16-cv-59-RV/MJF

CHRIS FOREHAND, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 28, 2019 (ECF No. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment (Doc. 20) is **GRANTED IN PART** and **DENIED IN PART**.

3. Summary judgment is **GRANTED** in favor of the Defendants on counts two, three, four, five, and six.

4. Summary Judgment is **GRANTED** regarding Plaintiff's Section 1983 claim against Officer Gibowski in his individual capacity in count one.

5. Summary Judgment is **DENIED** regarding Plaintiff's Section 1983 claim against Officer Forehand in his individual capacity in count one.

6. This case is recommitted to the assigned magistrate judge to prepare the case for trial.

7. The Clerk of the Court is directed to enter judgment accordingly and update the docket to reflect that the sole remaining Defendant is Officer Forehand in his individual capacity.

**DONE AND ORDERED** this 29th day of March, 2019.

>  s/*Roger Vinson*
> **ROGER VINSON**
> **SENIOR UNITED STATES DISTRICT JUDGE**

3:16-cv-59-RV/MJF